
ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA
OP 23-0734

FILED

12/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0734

FILED

DEC 2 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

VICTORIA DESCHAMPS,

    Petitioner,

v.

MONTANA TWENTY-FIRST JUDICIAL
DISTRICT COURT, RAVALLI COUNTY,
HONORABLE HOWARD F. RECHT,
PRESIDING JUDGE,

    Respondent.

ORDER

Petitioner Victoria Deschamps seeks a writ of supervisory control over the Twenty-First Judicial District Court, Ravalli County, in its Cause No. DR-23-202. Deschamps alleges that the court erred by denying her request to waive court costs and fees for inability to pay, her renewed request to waive court costs and fees, and her motion for reconsideration of that denial, and that the court requires detailed financial information exceeding that which is required under the applicable administrative rule.

Having reviewed the Petition and the challenged Order, we deem it appropriate to obtain a summary response. In accordance with M. R. App. P. 14(7),

IT IS THERFORE ORDERED that the Twenty-First Judicial District Court, is granted until January 10, 2024, to prepare, file, and serve a response to the petition for writ of supervisory control.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all parties in the Twenty-First Judicial District Court, Ravalli County, Cause No. DR-23-202, and the Honorable Howard F. Recht, presiding.

DATED this 21st day of December, 2023.

For the Court,

By [signature] _____

Justice